UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------x

__USA__,
               Plaintiff(s),

v.

__Jonathan Pagan__,
               Defendant(s).
------------------------------------------------------------x

**CALENDAR NOTICE**

__16 cr 328-16__ (VB)

    **PLEASE TAKE NOTICE** that the above-captioned case has been (scheduled)/ re-scheduled for:

\_\_\_ Status conference             \_\_\_ Final pretrial conference

✓ Telephone conference          \_\_\_ Jury selection and trial
    ✓ OSR

\_\_\_ Pre-motion conference         \_\_\_ Bench trial

\_\_\_ Settlement conference          \_\_\_ Suppression hearing

\_\_\_ Oral argument                   \_\_\_ Plea hearing

\_\_\_ Bench ruling on motion         \_\_\_ Sentencing

on __4-7-__, 20__22__, at __11:00 AM__, in Courtroom 620, United States Courthouse, 300 Quarropas Street, White Plains, NY 10601. Adjourned from __2/7/22__.

    **All requests for adjournments or extensions of time must be in writing and filed on ECF as letter-motions**, in accordance with paragraph 1(F) of the Court's Individual Practices. Absent special circumstances, such requests shall be made at least two business days prior to the scheduled appearance.

Dated: __2-8-__, 20__22__
       White Plains, NY

SO ORDERED:

_____
Vincent L. Briccetti
United States District Judge