UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------------------------------X

UNITED STATES OF AMERICA,

        -against-

JONATHAN PAGAN,

        Defendant(s).
-----------------------------------------------------------------X

**CONSENT TO PROCEED BY**
**VIDEO OR TELE CONFERENCE**

7:16CR00328-016 (VB)

Defendant Jonathan Pagan hereby voluntarily consents to participate in the following proceeding via ☐ videoconferencing or ☒ teleconferencing:

☐    Initial Appearance Before a Judicial Officer

☐    Arraignment (Note:  If on Felony Information, Defendant Must Sign Separate Waiver of Indictment Form)

☐    Guilty Plea/Change of Plea Hearing

☐    Bail/Revocation/Detention Hearing

☒    Status and/or Scheduling Conference

☐    Misdemeanor Plea/Trial/Sentence

*Jonathan Pagan (by VB)*
/s/ *Jonathan Pagan*
Defendant's Signature
(Judge may obtain verbal consent on Record and Sign for Defendant)

JONATHAN PAGAN
Print Defendant's Name

/s/ *Deveraux L. Cannick*
Defendant's Counsel's Signature

DEVERAUX L. CANNICK
Print Counsel's Name

This proceeding was conducted by reliable video or telephone conferencing technology.

4/7/22
Date

U.S. District Judge